**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARTHUR MARCELO, | ) | NO. CV 09-00151 CAS (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 28, 2010

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE